THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CHRISTO-PHER B. WASHINGTON, Respondent.

Submitted June 27, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

HENRY A. PLATSKY, Appellant, v STANLEY LAVE, Respondent.

Submitted July 11, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

PROGRESSIVE NORTHEASTERN INSURANCE COMPANY, Plaintiff, v STATE FARM INSURANCE COMPANIES et al., Defendants, GABE'S AUTO, Appellant, and CHARTER OAK FIRE INSURANCE COMPANY, Respondent.

Submitted July 18, 2011; decided September 15, 2011

Motion for leave to appeal dismissed as untimely (CPLR 5514 [a]; 2103 [b] [2]; *Engel v Lichterman*, 62 NY2d 943 [1984]; *Matter of Park E. Corp. v Whalen*, 38 NY2d 559 [1976]).

SOVEREIGN BANK, Respondent, v OSCAR CALDERONE, Appellant.

Submitted June 20, 2011; decided September 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.